United States District Court
Southern District of Texas
**ENTERED**
October 04, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | § § § | |
| **Plaintiff,** | § § | |
| V. | § § | CIVIL ACTION NO. 5:21-CV-70 |
| A. ROD CONSTRUCTION, INC. AND ARMANDO RODRIGUEZ, | § § § § | |
| **Defendants.** | § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the parties' Joint Notice of Settlement, (Dkt. No. 7.). The advisory states that the parties reached a settlement agreement. (*Id.*).

As a result of the settlement agreement reached between the parties, the Court **ORDERS** the parties to file closing documents (i.e., a stipulated dismissal pursuant to Fed. R. Civ. P. 41, signed by counsel for all parties) no later than **November 15, 2021**. In the event the parties are not able to finalize the settlement within that time, the parties may file a motion to extend the deadline with a showing of good cause.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

IT IS SO **ORDERED**.

**SIGNED** on October 4, 2021.

_____
John A. Kazen
United States Magistrate Judge